CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 24 2015

JULIA C. DUDLEY, CLERK
BY: H McDonagh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILBY JAMES BRANHAM,<br>  Plaintiff, | Civil Action No. 7:15-cv-00351 |
| v. | **MEMORANDUM OPINION** |
| MAJOR PARKER, et al.,<br>  Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

Wilby James Branham, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. Although not clear, it appears Plaintiff names as a defendant either the Blue Ridge Jail ("Jail") or the Blue Ridge Jail Administration ("Administration"). However, neither the Jail nor the Administration is a proper defendant to this action. See, e.g., Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"); see also Ferguson v. Morgan, No. 1:90cv06318, 1991 U.S. Dist. LEXIS 8295, 1991 WL 115759, at *1 (S.D.N.Y. June 20, 1991) (concluding that a group of personnel, like "medical staff," is not a "person" for purposes of § 1983). Accordingly, I dismiss any claims against the Jail and Administration without prejudice. Plaintiff's claims against the two remaining defendants remain pending with the court.

ENTER: This 24th day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge