CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILBY JAMES BRANHAM, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00351 |
| v. | ) <br> ) | **ORDER** |
| MAJOR PARKER, et al., <br> Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion to dismiss is **GRANTED in part** and **DENIED in part** and that defendants shall, within sixty days, file a motion for summary judgment supported by affidavit(s) pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 28th day of March, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge